IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| ANTHONY CHUSS, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **Jury Trial Demanded** ) |
| REDNER'S MARKETS, INC., d/b/a REDNER'S, | ) ) ) Civil Action No. 5:24-cv-04249-JMG ) |
| Defendant. | ) |

## JOINT MOTION TO RESCHEDULE INITIAL PRETRIAL CONFERENCE

COME NOW the parties, Anthony Chuss[1] and Redner's Markets, Inc., by and through undersigned counsel, and respectfully request that the Court reschedule the initial pretrial conference to a later date, showing the Court as follows:

1. The Court's Order [ECF 15] has set this case for an initial pretrial conference on December 3, 2024.

2. The parties engaged mediator Andrew Santillo, signed mediation-related agreements, and scheduled a full day in-person mediation to be conducted in this case for December 3, 2024.

3. The parties respectfully request that the initial pretrial conference date be rescheduled to a date approximately two weeks after the December 3 mediation date, to allow the parties to update the Court after mediation conclusion on whether the case was resolved.

---

[1] Pursuant to the Court's Order [ECF 13] entered October 8, 2024, Defendant filed its Answer [ECF 14] on October 25, 2024, and Plaintiff respectfully submits that the filing of Defendant's Answer and Plaintiff's action in filing this joint motion constitutes full compliance with that Order.

Case 5:24-cv-04249-JMG   Document 16   Filed 10/29/24   Page 2 of 2

Dated: October 28, 2024

| | |
|---|---|
| */s/ Sarah R. Schalman-Bergen* | */s/ Randall C. Schauer* |
| Sarah R. Schalman-Bergen | Randall C. Schauer, Esquire |
| (Pa. Bar No. 206211) | Colin D. Dougherty, Esquire |
| Krysten Connon | FOX ROTHSCHILD |
| (Pa. Bar No. 314190) | Eagleview Corporate Center |
| LICHTEN & LISS-RIORDAN, P.C. | 747 Constitution Drive, Suite 100 |
| 729 Boylston St., Suite 2000 | Exton, PA 19341-0673 |
| Boston, MA 02116 | (610) 458-7500 (telephone) |
| Tel: (617) 994-5800 | (610) 458-7337 (facsimile) |
| ssb@llrlaw.com | rschauer@foxrothschild.com |
| kconnon@llrlaw.com | |
| | **Counsel for Redner's Markets, Inc.** |

C. Andrew Head (admitted *pro hac vice*)
Bethany Hilbert (admitted *pro hac vice*)
Head Law Firm, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Tel: (404) 924-4151
Fax: (404) 796-7338
Email: ahead@headlawfirm.com
          bhilbert@headlawfirm.com

**Attorneys for Plaintiff, the Collective, and the Pennsylvania Class**