IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY CHUSS, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:24-cv-04249-JMG |
| | : | |
| REDNER'S MARKETS, INC., | : | |
|       Defendant. | : | |

**ORDER**

**AND NOW**, this 10th day of December, 2024, upon consideration of the Joint Motion to Reschedule the Initial Pretrial Conference (ECF No. 18), **IT IS HEREBY ORDERED** that the Joint Motion to Reschedule (ECF No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Rule 16 conference shall take place on **Thursday, January 16, 2025, at 2:00 PM** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge